IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Eric Alan Sanders, | ) | C/A No. 0:18-2601-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| South Carolina Workers' Compensation | ) | **ORDER** |
| Commission; Mike Campbell; Scott Beck; | ) | |
| Barbara Cheeseboro; Susan Barden; Eugenia | ) | |
| Hollmon; Valerie Deller; Shawn Debruhl; | ) | |
| Gary M. Cannon, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff, Eric Alan Sanders, proceeding *pro se*, brings this civil rights action. The

Complaint has been filed pursuant to 28 U.S.C. § 1915. This matter is before the court pursuant to

28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).

By order dated October 16, 2018, the court authorized the issuance and service of process

in this matter, and the court expressly construed the Complaint as raising claims pursuant to 42

U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132. (ECF No. 8.)

Plaintiff has since raised objections to the court's construction of the claims, indicating the court

failed to construe his claims of various constitutional violations raised pursuant to 42 U.S.C.

§§ 1981, 1983, & 1985. (ECF No. 23 at 8.) Plaintiff also filed a motion to amend the Complaint

with proposed constitutional claims. (ECF No. 41.)

Plaintiff's motion is granted, and the court recognizes the Amended Complaint as raising the

claims as indicated by Plaintiff. See Fed. R. Civ. P. 15. In order to preserve issues raised in this case

PJG

and give liberal construction to the pleadings, the Clerk of Court is directed to docket Plaintiff's

Motion to Amend (ECF No. 41) as an Amended Complaint and append the Complaint (ECF No. 1)

as an attachment to the Amended Complaint.

      **IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 4, 2019
Columbia, South Carolina

     *Plaintiff's attention is directed to the important WARNING on the following page.*

# IMPORTANT INFORMATION . . . PLEASE READ CAREFULLY

# WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders).